JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILMAR G. TENES, | Case No. CV 13-7935-GW(VBKx) |
| Plaintiff, | Hon. George H. Wu |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES** |
| AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      Pursuant to the parties' stipulation, the above-captioned Complaint by Plaintiff Gilmar G. Tenes is dismissed with prejudice pursuant to FRCP 41(a)(1).

      **IT IS SO ORDERED**.

Dated:  August 11, 2014

_____

Hon. George H. Wu
United States District Judge